IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,**<br>6824 Lexington Avenue<br>Los Angeles, CA 90038<br><br>**BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10010<br><br>          **Plaintiffs,**<br><br>     v.<br><br>**U.S. DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Ave NW<br>Washington, D.C. 20530<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

1.  Plaintiffs JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce various records regarding the 2020 Presidential Election.

### **PARTIES**

2.  Plaintiffs JASON LEOPOLD and BUZZFEED INC., are members of the media and made the FOIA requests at issue in this case.

3.  Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

### **JURISDICTION AND VENUE**

4.  This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.  Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## NOVEMBER 11, 2020, FOIA REQUEST

6. On November 11, 2020, Plaintiffs submitted the following FOIA request to DOJ for various records pertaining to the 2020 Presidential Election and its results:

[1] All communications and correspondence, which includes emails and attachments, text messages, legal guidance, letters, memos, directives, talking points, reports, sent and received by Attorney General William Barr that mentions or refers to the 2020 presidential election, the results of the 2020 presidential election, the certification of the 2020 presidential election by the electoral college and the news media, legal challenges by the Trump campaign to the results of the 2020 presidential election, voter fraud, voting irregularities, mail-in ballots, President Trump's tweets claiming that he won the 2020 presidential election, President-Elect Joe Biden, Vice President-Elect Kamala Harris, and the Presidential Transition Act. Please be sure the search for responsive records includes any correspondence between the Office of Attorney General and the Executive Office of the President or the White House as well as records between the Office of Attorney General and the General Services Administration;

[2] All communications and correspondence, which includes emails, legal guidance, text messages, letters, memos, directives, talking points, reports, sent and received by the heads of the following DOJ offices and their immediate aides that mentions or refers to the 2020 presidential election, voter fraud, voting irregularities, mail-in ballots, the results of the 2020 presidential election, the certification of the 2020 presidential election by the electoral college and the news media, legal challenges by the Trump campaign to the results of the 2020 presidential election, President Trump's tweets claiming that he won the 2020 presidential election President-Elect Joe Biden, Vice President-Elect Kamala Harris, President Donald Trump, and the Presidential Transition Act: Deputy Attorney General, Associate Attorney General, Legislative Affairs, Public Affairs, Legal Policy, Information Policy. Please be sure the search for responsive records includes any correspondence between these offices and officials and the Executive Office of the President or the White House and the General Services Administration; [and]

[3] All records, such as emails, text messages, letters, legal guidance, directives, talking points, from the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, Public Affairs, Legal Policy, Information Policy, mentioning or referring to a November 9, 2020 two-page memo signed by William Barr authorizing U.S. attorneys to pursue any 'substantial allegations' of voting irregularities during the 2020 elections, contradicting longstanding Justice Department practice of not taking steps that could impact the results of an election. In the memo, Mr. Barr said, 'Such inquiries and reviews may be conducted if there are clear and apparently-credible allegations of irregularities that, if true, could potentially impact the outcome of a federal election in an individual State.' To be clear, I seek internal records related to the drafting of this memo and the response to this memo from the offices listed.

Plaintiffs limited the time frame of the search to between October 26, 2020 and the date the search for responsive records is conducted. Exhibit A.

7. Plaintiffs also requested a fee waiver and expedited processing. *Id.*

8. On November 19, 2020, DOJ acknowledged receipt of the request and assigned reference number FOIA-2021-00287[1] to the request. Exhibit B.

9. DOJ also granted expedited processing of the request. *Id.*

10. In the same letter, DOJ noted that the request "falls within 'unusual circumstances.'" DOJ stated that the "time needed to process [the] request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located." *Id.*

11. On December 8, 2020, Plaintiffs asked for an estimated completion date of the request. Exhibit C.

12. On December 8, 2020, DOJ stated that it is "conducting records searches in the seven Department components." DOJ further "recognize[d]" that the request has been granted expedited processing and "would estimate that [DOJ's] processing might be completed within six months," "with the caveat that this estimate is rather speculative at this time and subject to change." Exhibit D.

13. As of the date of this filing, DOJ has not issued a determination and has not produced any records.

**COUNT I – DOJ'S FOIA VIOLATION – EXPEDITED PROCESSING**

14. The above paragraphs are incorporated herein.

15. DOJ is a federal agency and subject to FOIA.

---

[1] In the letterhead, DOJ included two reference numbers FOIA-2021-00287 and FOIA-2021-00288. DOJ determined that it received two identical requests from Plaintiffs and administratively closed FOIA-2021-00288.

16. The requested records are not exempt under FOIA.

17. DOJ violated FOIA by failing to comply with the requirements of expedited processing. More specifically, DOJ has indicated that it will take at least six months for these records to be produced, but the presumptive deadline to complete processing of an expedited request is 20 business days.

**COUNT II – DOJ'S FOIA VIOLATION – FAILURE TO ISSUE A DETERMINATION OR PRODUCE RECORDS**

18. The above paragraphs are incorporated herein.

19. DOJ is a federal agency and subject to FOIA.

20. The requested records are not exempt under FOIA.

21. DOJ violated FOIA by failing to produce the requested records as soon as practicable or issuing a determination within twenty business days.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that DOJ has violated FOIA;

ii. order DOJ to conduct a reasonable search for records and to promptly produce the requested records;

iii. enjoin DOJ from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: December 14, 2020

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com